**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH GEORGE TAYLOR, | ) |
| Petitioner, | ) 3:11-cv-0499-ECR-VPC |
| vs. | ) |
| | ) ORDER |
| NEVADA ATTORNEY GENERAL, et al., | ) |
| Respondents. | ) |

On July 14, 2011, petitioner submitted a habeas corpus petition pursuant to 28 U.S.C. § 2254, but neither paid the required filing fee nor filed an appropriate motion for leave to proceed *in forma pauperis,* despite being given the proper form and time to file the application. Additionally, petitioner has failed to keep the Court apprised of his address as required by LSR 2-2 in that the Court's previous order was returned as undeliverable and no change of address has been received. *See* ECF No. 4. Therefore, this petition action shall be dismissed without prejudice.

**IT IS THEREFORE ORDERED** that the Clerk shall detach and file the proposed petition for writ of habeas corpus (ECF No. 1-1), which is **DISMISSED WITHOUT PREJUDICE.** The Clerk shall enter judgment accordingly.

Dated, this 8th day of September, 2011.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE