AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

JOSEPH GEORGE TAYLOR,

      Petitioner,         JUDGMENT IN A CIVIL CASE

V.

                                   CASE NUMBER: **3:11-cv-00499-ECR-VPC**

NEVADA ATTORNEY GENERAL, et al.,

      Respondents.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the petition (Dkt. No. 6) is DISMISSED WITHOUT PREJUDICE.

  September 9, 2011                                   **LANCE S. WILSON**
                                                                 Clerk

                                                             /s/ Katie Lynn Ogden
                                                               Deputy Clerk