AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF     NEVADA

JOSEPH GEORGE TAYLOR,

    Petitioner,

V.

NEVADA ATTORNEY GENERAL, et al.,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: **3:11-cv-00499-ECR-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition (Dkt. No. 6) is DISMISSED WITHOUT PREJUDICE.

   September 9, 2011                            **LANCE S. WILSON**
                                                                         Clerk

                                                                        /s/ Katie Lynn Ogden
                                                                           Deputy Clerk